IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAREE HALL, | No. C 07-3836 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| STATE OF CALIFORNIA, | |
| Respondent. | |

    This pro se habeas action was filed on July 26, 2007. On that same day the court notified petitioner that she had neither paid the five-dollar filing fee nor applied for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if she did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

    This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close this file.

    **IT IS SO ORDERED.**

Dated: September __6__, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\HALL3836.DSMSS-IFP.wpd